886 A.2d 656

STATE OF NEW JERSEY, PLAINTIFF, v. TRACY
E. DONATO, DEFENDANT-MOVANT.

November 3, 2005.

ORDERED that the motion for reconsideration of the petition for certification is granted and the matter is summarily remanded

to the trial court for resentencing in light of *State v. Natale*, 184 *N.J.* 458, 878 *A.*2d 724 (2005).